JESSE ELDRIDGE, RESPONDENT, v. MARY ANN UNDER-
HILL, APPELLANT.

*Section* 1303 *of the Code of Civil Procedure — not applicable to appeals from justice's court.*

APPEAL from an order of the County Court of Queens county dismissing an appeal from a judgment rendered in a justice's court, on the ground that the costs and return fees were not paid to the justice at the time of serving the notice of appeal.

The court at General Term said: " It was decided by this court in the case of *Southard* v. *Philips* (7 Hun, 18) that the payment of the justice for making his return on appeal from a judgment of a court of a justice of the peace was jurisdictional, and the appeal was not perfect without it. The provisions of section 1303 of the Code of Civil Procedure are sufficiently comprehensive to allow the omission to be supplied ; but the section has no application to appeals from justices' courts."

The order must be affirmed, with costs and disbursements.

*Chas. De Kay Townsend,* for the appellant. *W. H. Van Wyck,* for the respondent.

Opinion by DYKMAN, J., BARNARD, P. J., concurred.

Present — BARNARD, P. J., GILBERT and DYKMAN, JJ.

Order affirmed, with costs and disbursements.